# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 16-16836-AMC

KATIE KELLY WINTERS

605 Roseland Avenue

Jenkintown, PA 19046

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KATIE KELLY WINTERS

    605 Roseland Avenue

    Jenkintown, PA 19046

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                /s/ William C. Miller

Date: 4/12/2017

                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee