IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KATIE KELLY WINTERS<br>  **Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>  **Moving Party**<br>     v. | )<br>) Case No.: 16-16836 (AMC)<br>)<br>) **Hearing Date:  6-6-17 at 11:00 AM**<br>) |
| KATIE KELLY WINTERS<br>  FRANCIS T WINTERS<br>  **Respondent(s)** | ) 11 U.S.C. 362<br>)<br>) 11 U.S.C. 1301<br>) |
| WILLIAM C. MILLER<br>  **Trustee** | )<br>)<br>) |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2016 Kia Sorento** bearing vehicle identification number 5XYPGDA51GG184526 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: **July 11, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE