United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-16836-amc
Katie Kelly Winters                                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Jul 11, 2017
                             Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db             +Katie Kelly Winters,   605 Roseland Avenue,   Jenkintown, PA 19046-4162
13885205       +Deutsche Bank National Trust Co.,   c/o Matteo S. Weiner, Esq.,   KML Law Group PC,
                 701 Market St., Ste. 5000,   Phila., PA 19106-1541
13869504       +Deutsche Bank National Trust Co., Trustee(See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13798595       +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 12 2017 01:36:55      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2017 01:36:28
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2017 01:36:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
           Series 2007-NC1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Katie Kelly Winters dmo160west@gmail.com,
           davidoffenecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
           Series 2007-NC1 bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series
           2007-NC1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Katie Kelly Winters<br>　　　　　　　　　　Debtor(s)<br>　　Francis T. Winters<br>　　　　　　　　　　Co-Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1<br>　　　　　　　　　　Movant<br>　　　　vs.<br>Katie Kelly Winters<br>　　　　　　　　　　Debtor(s)<br>Francis T. Winters<br>　　　　　　　　　　Co-Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　　Trustee | NO. 16-16836 AMC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

　　AND NOW, this  11th  day of  July , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 605 Roseland Ave, Jenkintown, PA 19046 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Katie Kelly Winters
605 Roseland Avenue
Jenkintown, PA 19046

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532