United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16836-amc
Katie Kelly Winters                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Jul 11, 2017
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db            +Katie Kelly Winters,     605 Roseland Avenue,    Jenkintown, PA 19046-4162
13816203      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services dba GM Financial,    PO Box 183853,
               Arlington TX 76096)
13798589      +AmeriCredit/GM Financial,     Po Box 183853,    Arlington, TX 76096-3853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 12 2017 01:36:53     City of Philadelphia,
               City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2017 01:36:26
               Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2017 01:36:44     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                           TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13807232*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    P O Box 183853,
               Arlington, TX 76096)
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                           Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
          for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
          Series 2007-NC1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Katie Kelly Winters dmo160west@gmail.com,
          davidoffenecf@gmail.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
          for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
          Series 2007-NC1 bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,  Series
          2007-NC1 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
          Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: KATIE KELLY WINTERS | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, | ) | |
| INC. dba GM FINANCIAL | ) | Case No.: 16-16836 (AMC) |
| **Moving Party** | ) | |
| v. | ) | **Hearing Date:  6-6-17 at 11:00 AM** |
| | ) | |
| KATIE KELLY WINTERS | ) | 11 U.S.C. 362 |
| FRANCIS T WINTERS | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 1301 |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

**ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY
AS TO PERSONAL PROPERTY**

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2016 Kia Sorento** bearing vehicle identification number 5XYPGDA51GG184526 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:  **July 11, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE