```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                          Case No. 16-16836-amc
Katie Kelly Winters                                             Chapter 13
     Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2          User: John             Page 1 of 2          Date Rcvd: Aug 28, 2017
                              Form ID: pdf900        Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db           +Katie Kelly Winters,    605 Roseland Avenue,    Jenkintown, PA 19046-4162
13807232     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    P O Box 183853,
               Arlington, TX 76096)
13798589     +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
13885205     +Deutsche Bank National Trust Co.,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13869504     +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13798590      Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13798595     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Aug 29 2017 01:39:32     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2017 01:39:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13860904      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:48:38
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13814937     +E-mail/Text: cio.bncmail@irs.gov Aug 29 2017 01:38:58     Internal Revenue Service,
               P O BOX 7346,    Philadelphia PA 19101-7346
13798592      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:39:18     Jefferson Capital Systems, LLC,
               16 Mcleland Rd,    Saint Cloud, MN 56303
13798593     +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2017 01:38:59      PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
13817297      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:39:13
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13873936     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:39:19     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13798594     +E-mail/Text: nod.referrals@fedphe.com Aug 29 2017 01:38:57
               SLS c/o Phelan, Hallinan and Schmieg,    1617 J.F.K. Blvd, Suite 1400,
               Philadelphia, PA 19103-1814
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
13816203*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services dba GM Financial,   PO Box 183853,
               Arlington TX 76096)
13798591*     Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
               Series 2007-NC1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Katie Kelly Winters dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,
               Series 2007-NC1 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates,  Series
               2007-NC1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATIE KELLY WINTERS                                    Chapter 13

                        Debtor            Bankruptcy No. 16-16836-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 28, 2017**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
KATIE KELLY WINTERS

605 Roseland Avenue

Jenkintown, PA 19046